

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**Greenbelt Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Gregory B. Frank | ) | Case No. 07-11133-WIL |
| | ) | |
| Debtor | ) | Chapter 7 |
| | ) | |
| Imperial Valet Services, Inc. | ) | |
| | ) | |
| Plaintiff | ) | Adv. Proc. No. |
| | ) | |
| v. | ) | |
| | ) | |
| Gregory B. Frank | ) | |
| | ) | |
| Defendant | ) | |

**CONSENT JUDGMENT**

**UPON CONSIDERATION** of the Complaint to Obtain a Determination of the Dischargeability of Certain Debts Pursuant to 11 U.S.C. § 523(a)(2), (a)(4) ("Complaint") filed by Imperial Valet Services, Inc. (hereinafter "Imperial Valet"), by agreement of all parties and with good cause having been shown, and

**WHEREAS**, in its Complaint, Imperial Valet has made various allegations supporting its claim for nondischargeability pursuant to 11 U.S.C. § 523(a)(2) and/or § 523(a)(4); and

Case 08-00086   Doc 5   Filed 03/11/08   Page 2 of 5

Bankruptcy No. 07-11133-WIL
Adv. Proc. No. 08-00086
Consent Judgment
Page 2 of 5

**WHEREAS**, Gregory B. Frank ("Defendant") has alleged various claims against Imperial Valet and its principals, officers, agents, subsidiaries and affiliates, and contemporaneously with execution of this Consent Judgment the parties have executed a Mutual General Release Agreement releasing any and all claims against each other, other than those recited and settled in this Consent Judgment; and

**WHEREAS**, the Trustee has agreed to file a report of no assets in this Chapter 7 bankruptcy case; and

**WHEREAS**, Imperial Valet and Defendant, desiring to avoid the time, expense and risk of trial, agree to settle the Complaint by entering into this Consent Judgment,

**NOW THEREFORE**, it is by the United States Bankruptcy Court for the District of Maryland, Greenbelt Division,

**ORDERED**, that Judgment pursuant to the Complaint is hereby entered in favor of Imperial Valet and against Defendant in the amount of $50,000.00, plus Attorney's Fees of $15,000.00 ("Judgment"), with post-judgment interest to accrue at the applicable legal rate; and it is further

**ORDERED**, that the above Judgment is nondischargeable pursuant to 11 U.S.C. §523(a)(2); and it is further

**ORDERED**, that the above Judgment is nondischargeable pursuant to 11 U.S.C. §523(a)(4); and it is further

**ORDERED**, that Imperial Valet will forbear from execution on the Judgment and foregive the Attorney's Fees included in the Judgment, provided Defendant pays to Imperial Valet the sum of $50,000.00 ("Settlement Amount"), with interest accruing at the rate of 8.0% per annum from date of Judgment until paid in full, pursuant to the following terms:

1. Monthly payments of $500.00, beginning January 1, 2008, and continuing on the

1st day of each month thereafter through December 1, 2010; followed by

    2.    Monthly payments of $750.00, beginning January 1, 2011, and continuing on the 1st day of each month thereafter through December 1, 2012; followed by

    3.    Monthly payments of $1,000.00, beginning January 1, 2013, and continuing on the 1st day of each month thereafter until the entire obligation is paid in full;

    4.    Payments shall be made to Imperial Valet, attn: Mr. George Thanos, 1331 Connecticut Avenue, NW, Washington, DC 20036, or to such other address as Imperial Valet specifies in writing;

    5.    Upon receipt of payment in full of the Settlement Amount in accordance with the above terms, provided Defendant has not otherwise defaulted under the terms of this Consent Judgment, Imperial Valet shall enter the Judgment as "Paid and Satisfied." In the event the Defendant is able to pay the full Settlement Amount in advance of the payments described above, no prepayment penalty shall apply; and it is further

**ORDERED,** that notwithstanding Imperial Valet's agreement to forbear from execution on the Judgment, Imperial Valet shall be entitled to record the Judgment in any state or federal court or applicable Land Records at any time, which Judgment may become a lien against any real property owned by Defendant, subject to applicable law. In the event the Judgment is entered as "Paid and Satisfied" as detailed above, Imperial Valet shall have any liens created by recordation of the Judgment released; and it is further

**ORDERED**, that in the event Defendant fails to make any of the above-described payments when due, Imperial Valet will notify Defendant of the default by mailing a written Notice of Default ("Notice") to his last known address, shown below, and to his undersigned counsel, by first-class mail, postage prepaid. The Defendant will have ten (10) days from the

Case 08-00086   Doc 5   Filed 03/11/08   Page 4 of 5

Bankruptcy No. 07-11133-WIL
Adv. Proc. No. 07-_____
Consent Judgment
Page 4 of 5

counsel, by first-class mail, postage prepaid. The Defendant will have ten (10) days from the mailing of such Notice to cure the default by making payment of the amount in default, plus reasonable attorney's fees of $150.00 on each such occasion. The Defendant shall be entitled to only two such Notices and opportunities to cure during any particular calendar year. In the event the Defendant has two (2) or more payments returned for insufficient funds, all future payments shall be by certified check, money order, or cashier's check; and it is further

**ORDERED**, that in the event the Defendant fails to cure any default after Notice, or upon the third default in any particular calendar year, Imperial Valet shall have the right to immediately execute on the Judgment without further notice or order of this Court, less credits for any payments received pursuant to this Consent Judgment.

**SEEN AND AGREED:**

/s/ *William R. Feldman*
William R. Feldman, # 04929
Law Offices of William R. Feldman, P.C.
4550 Montgomery Avenue
Suite 1125 - North Lobby Two
Bethesda, MD 20814
Tel: 301-469-3610
Attorney for Movant

Jonathan P. Morgan, #12969
Rose & Morgan, LLC
50 W. Edmonston Drive, Suite 600
Rockville, MD 20852
Tel: 301-838-2010
Attorney for Debtor

_____
Gregory B. Frank
11137 Cedarwood Drive
North Bethesda, MD 20852
Debtor


      **I HEREBY CERTIFY** that the terms of the copy of the Consent Judgment submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on the copy Consent Judgment submitted to the Court reference the signatures of consenting parties obtained on the original Consent Judgment.

                                    */s/ William R. Feldman*
                                  William R. Feldman, Esquire


## COPIES TO

William R. Feldman, Esquire
Law Offices of William R. Feldman, P.C.
4550 Montgomery Avenue
Suite 1125 - North Lobby Two
Bethesda, Maryland 20814
Attorney for Movant

Jonathan P. Morgan, Esquire
Rose & Morgan, LLC
50 W. Edmonston Drive, Suite 600
Rockville, MD 20852
Attorney for Debtor

Gregory B. Frank
11137 Cedarwood Drive
North Bethesda, MD 20852
Debtor

                                                **End of Order**